**Order entered May 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00092-CR

**SYED SARTAJ NAWAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81120-2017**

## ORDER

The record is due May 10, 2019. Before the Court is court reporter Janet Dugger's April 29, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record due **THIRTY DAYS** from the date of this order. *See* TEX. R. APP. P. 35.3(c).

/s/     CORY L. CARLYLE
JUSTICE